UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
    SCOTT H ANDERSON

CASE NO. 07 B 13134

CHAPTER 13

JUDGE: JOHN H SQUIRES

    Debtor  
SSN XXX-XX-2873

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/23/07.

2. The case was dismissed without confirmation, 01/11/2008.

3. The Debtor paid a total of $ 560.00.

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE MANHATTAN MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE MANHATTAN MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| HSBC MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| ABC EMERALD HILLS CONDO | SECURED | NOT FILED | .00 | 374.76 |
| AMERICAN EXPRESS CENTURI | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 374.76 | .00 | .00 | .00 | 374.76 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 374.76 | .00 | .00 | .00 | 374.76 |

The Debtor's attorney, LEGAL HELPERS PC           , was allowed $ 3000.00 and was paid $ 1000.00 direct and $ 163.71 through the plan.

The Trustee received $ 21.53.

Refunds to the Debtor totaled $ .00.

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 04/11/08                    /S/

```
                    GLENN STEARNS
                    CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
     CASE NO. 07 B 13134 SCOTT H ANDERSON
```